FORM 3000—GENERAL AFFIDAVIT OF SERVICE

BRODERICK LEGAL SUPPLY INC. PUBLISHER, P.O. BOX 1624, BINGHAMTON, NEW YORK 13902-1624

3

STATE OF NEW YORK U.S. DISTRICT COURT NORTHERN DISTRIBT OF NEW YORK ~~COUNTY~~

JASON R. DETRANI, DOUGLAS BUSH, THEODORE NAPPI, HADRIAN MARSH and MATTHEW J. GROGAN

Plaintiff-Petitioner

vs

BOARD OF TRUSTEES OF BROOME COMMUNITY COLLEGE, DONALD A. DELLOW, GEORGE HIGGINBOTTOM, KEITH COTRONEO and FRANCIA ESPINOSA

Defendant-Respondent

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AT O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

STATE OF NEW YORK
COUNTY OF BROOME ss.:

3:03 CV 234

MARK T. STEVESKEY being duly sworn deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding. Deponent served a true copy of SUMMONS & COMPLAINT attached hereto in the above entitled proceeding, such service having been made in the following manner, stated herein, and said person being the proper and authorized person to be served in this proceeding, *(The name of said person, complete address, time, and date of service is set forth on line (A).)*

*Line (A)* Broome County Law Dept., Hawley Street, Binghamton, NY 13901 February 28th, 2003
Bob Benke-County Attorney 8:52AM

*1. by delivering to and leaving with personally , known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

2. by delivering to and leaving with personally on the M. at the premises mentioned above in line (A), such person knowing the person to be served and associated with him, and after conversing with him, deponent believes him to be a person of suitable age and descretion, and by mailing a copy of the proceeding herein to said authorized person to the address and at the time stated above in line (A) which is his last known address, enclosed in a postpaid sealed wrapper in an official depository of the United States Postal Service.

3. by delivering to and leaving with , the agent for service on the person in this proceeding as designated under Rule 318 CPLR. Service having been made to such person at the place, time and date stated in line (A) above.

4. by affixing a true copy of the same to the door of the actual place of business, dwelling place or usual place of abode stated in line (A) above and by mailing a copy of the proceeding herein to said person to the address and on the date and time stated on line (A) above.

Service was made in the manner stated in this paragraph (4) because deponent was unable, with due diligence to find the proper or authorized person to be served or a person of suitable age and descretion at actual place of business, dwelling place or usual place of abode stated in line (A) above, having called there at the following times and dates:

5. by delivering to and leaving with the person named in line (A), at said address, upon information and belief the person served is an officer of the ~~domestic corporation~~ Bob Benke named in this proceeding authorized to be served herein.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or of the United States as the term is defined in either the State or Federal Statutes.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) | Other identifying features: |
|---|---|---|---|---|---|---|
| ☒ Male ☐ Female | ☐ Black ☒ White ☐ | ☐ Light ☒ Med. ☐ Dark | 46 | 5'8" | 185 lbs. | glasses |

Mark T. Steveskey
(Print Name Below Signature)
MARK T. STEVESKEY

Sworn to before me, this 7th day of March, 2003

Donna M. Patrick
Notary Public — Commissioner of Deeds
DONNA M. PATRICK
Notary Public, State of New York
Reg. No. 4702349
Qualified in Broome County
My Commission Expires June 30, 2003

*Five means of service listed — complete applicable paragraph

AO 440 (Rev. 10/93) Summons in a Civil Action

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE MXXXX February 28th 2003 at8:52AM |
|---|---|
| NAME OF SERVER *(PRINT)* Mark T. Steveskey | TITLE |

*Check one box below to indicate appropriate method of service*

XX Served personally upon the third-party defendant. Place where served: Broome County Law Dept. Hawley Street, Binghamton, NY 13901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb 28, 03
Date

Mark T. Steveskey
*Signature of Server*
Mark T. Steveskey

*Address of Server*
17 Hardy Rd.
Johnson City, NY 13790

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.