UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

Jason R. Detrani; Douglas Bush; Theodore Nappi; Hadrian Marsh; Matthew Grogan

  vs.

Broome Community College, *Board of Trustees of Broome Community* College; Donald Dellow; George Higginbottom; Keith Cotroneo; Francia Espinosa

_____

3:03-cv-234

ORDER OF DISMISSAL

Due notice having been given that the above-entitled action would be placed on a Dismissal Calendar called on February 10, 2006 at Syracuse, New York, pursuant to Local Rule 41.2 of the Rules of the Northern District of New York, and the same having been duly called, and no sufficient cause having been shown why said case should not be dismissed it is hereby

ORDERED that the above-entitled action be and the same is hereby DISMISSED.

IT IS SO ORDERED.

DATED: February 10, 2006

                     _____
                     Frederick J. Scullin, Jr.
                     Chief United States District Court Judge